**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION,**
              **Plaintiff,**

-vs-                                          Case No. 6:07-cv-1496-Orl-19KRS

**DILLARD'S, INC.,**
              **Defendant.**

## ORDER OF RECUSAL

This cause came on for consideration by the Court *sua sponte*. Because I participated in private discussions with some of the parties in the course of settlement negotiations, I hereby recuse myself as the magistrate judge in this case. I will remain available, however, to conduct any follow-up settlement discussions. Accordingly, I direct the Clerk of Court to assign this case to another magistrate judge.

**DONE** and **ORDERED** in Orlando, Florida on February 12, 2009.

                                                *Karla R. Spaulding*
                                               KARLA R. SPAULDING
                                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties